UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Archon Information Systems, L.L.C.** | * * * | No: |
| v. | * * | |
| **Grant Street Group, Inc.** | * * * * | Date: |

\*   \*   \*   \*   \*   \*   \*

## COMPLAINT

Plaintiff Archon Information Systems, L.L.C. (hereinafter, "Archon") makes this complaint against Defendant Grant Street Group, Inc. ("Grant Street Group") and alleges as follows:

### INTRODUCTION

1. This is an action for a declaratory judgment that United States Patent No. 7,523,063 is not infringed by Archon, either directly or as an introducing or contributory infringer.

### PARTIES

2. Archon is a Delaware limited liability company having an address and principal place of business located at 935 Gravier Street, Suite 1700, New Orleans, Louisiana 70112.

3. Upon information and belief Grant Street Group is a corporation organized and existing under the laws of Pennsylvania, having an address and principal place of business at 1800 Allegheny Building, 429 Forbes Avenue, Pittsburgh, Pennsylvania

15219.

## JURISDICTION

4. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1331, 1332, 1338, 2201 and 2202.

5. This Court has personal jurisdiction over Grant Street Group because, upon information and belief, it conducts business in Louisiana, purposefully directs business activity in and attempts to derive an economic benefit from Louisiana including, specifically, in and from the Eastern District of Louisiana.

6. Venue is proper in this district pursuant to 28 U.S.C. §1391 (d).

## FACTS COMMON TO THE COUNTS

7. Archon is a licensed collection agency in the business of collecting unpaid delinquent property taxes that are owed to government entities, including, but not limited to, the City of New Orleans, Louisiana. As a final step in the collection process, Archon conducts on-line auctions and sales of interests in Louisiana immovable property. Archon is **not** in the business of conducting internet auctions for the sale of municipal bonds.

8. Grant Street Group alleges to be the assignee and owner of patent 7,523,063, entitled "Process and Apparatus for Conducting Auctions Over Electronic Networks," issued on April 21, 2009 (hereinafter, the "Patent"). This patent is devoted "specifically" to conducting "**municipal bond auctions**" on the internet. *See* Exhibit A, Patent 7,523,063.

9. Archon has received considerable media attention and widespread acceptance for its

2

on-line auctions.

10. In a letter dated October 5, 2011, George Faines of Grant Street Group wrote to Archon's Chief Executive Officer, Bryan Barrios. Therein, Grant Street Group asserted that it owns the Patent. Specifically, the letter states:

> I am General Counsel of Grant Street Group and am responsible for protecting the company's intellectual property. Grant Street Group is the assignee of U.S. Patent No. 7,523,063 ("the '063 Patent") covering the online auctioning of financial instruments and legal instruments, which includes "tax titles."

*See* Exhibit B, Letter of 10/5/2011. Although Grant Street Group's letter asserts that its Patent covers the auctioning of "tax titles" and even sets off that term in quotes, a simple review of the Patent confirms that the term "tax title" does not appear in the Patent's text.

11. Also, Grant Street Group's letter of October 5, 2011, accused Archon of infringing on the Patent. Specifically, Grant Street Group stated:

> Grant Street Group has recently become aware of the fact that your company conducts online auctions of tax titles and other similar instruments for various entities using its Civic Source® Auctioneer product. We have reviewed your company's website for information relating to those auctions and believe that you are employing Grant Street's patented methodology.

*Id.*

12. Finally, Grant Street Group concluded its letter of October 5, 2011, with a threat, stating "[p]lease be aware that Grant Street Group has been very diligent in enforcing its intellectual property rights." *Id.*

13. As a result of the aforementioned letter and based on the threats made therein, Archon has a reasonable fear and apprehension that Grant Street Group will

commence action for patent infringement against it in the United States. An actual and justiciable controversy therefore exists between the parties.

## FIRST CAUSE OF ACTION

**Declaratory Judgment for Non-Infringement**

14. Archon repeats and re-alleges each and every allegation of paragraphs 1 through 13, as though fully set forth herein.

15. Archon's unique business process contains significant differences from the invention claimed in the Patent. For example, Archon's system fails to incorporate the sale or auction of a municipal bond (incorporeal movable property), which is a claimed element from the Patent. Archon's business is to conduct internet auctions of interests in immovable properties.

16. Archon has not directly infringed, induced the infringement of, nor has been contributory infringer, of any of the claims of the Patent.

## PRAYER FOR RELIEF

**WHEREFORE**, plaintiff Archon prays that the Court enter judgment that:

A. United States Patent No. 7,523,063, entitled "Process and Apparatus for Conducting Auctions Over Electronic Networks," issued on April 21, 2009, is not infringed by Archon;

B. Archon has not committed any act of infringement of Grant Street Group's Patent with respect to products and/or services made, used or sold by Archon since issuance of the Patent;

C. Grant Street Group and all of its officers, agents, employees, representatives and

counsel, and all persons in active concert or participation with any of them, directly or indirectly, be enjoined from charging infringement or instituting any action for infringement of U.S. Patent No. 7,523,063, against Archon or any of its customers and contractors;

D.  Archon be granted such other and further relief as allowed under law or as the court deems just and proper, including, but not limited to, an award of attorney's fees, expenses and costs (if applicable) or damages under 35 U.S.C. § 285 (if applicable).

Respectfully submitted,

   /s/ James M. Garner
James M. Garner, T.A. (#19589)
Howard T. Boyd, III (#27186)
Ryan Adams (#27931)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, LA 70112
Telephone: 504-299-2100
Facsimile: 504-299-2300
**ATTORNEYS FOR ARCHON INFORMATION SYSTEMS, L.L.C.**